**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00021-BNB

SANFORD B. SCHUPPER,

    Applicant,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
TOM CLEMENTS, Executive Director,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's request for a fifth extension of time (ECF No. 18) filed on May 18, 2012, is GRANTED as follows:  Applicant shall have **up to and including June 20, 2012**, to cure the remaining deficiency if he wishes to pursue his claims in this action. In order to cure the remaining deficiency, Applicant must file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on the court-approved form.  If Applicant fails to cure the remaining deficiency within the time allowed, the instant action will be dismissed without further notice.

    Applicant's Motion for Protective Order (ECF No. 16) filed on May 16, 2012, is DENIED.  Applicant's Motion to Add Additional Individual Defendants (ECF No. 17) filed on May 16, 2012, is DENIED because he may not pursue any claims that are not habeas corpus claims in this action.  Any claims Applicant wishes to pursue against individual defendants must be raised in a separate action.

Dated:  May 21, 2012