IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00021-BNB

SANFORD B. SCHUPPER,

    Applicant,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
TOM CLEMENTS, Executive Director,

    Respondents.

## ORDER OVERRULING OBJECTION

    This matter is before the Court on Applicant's objection (ECF No. 44) to an order entered by Magistrate Judge Boyd N. Boland on October 17, 2012. For the reasons discussed below, the objection will be overruled.

    Applicant was ordered to file an amended application on the court-approved form in this action on January 10, 2012. After being granted numerous extensions of time, Applicant finally filed an amended application on the court-approved form on October 9, 2012. However, Applicant alleged in other filings that the amended application included only three claims and thirty pages of the fifty-eight-page amended application he had prepared and that prison officials would not allow him to print the remaining twenty-eight pages. On October 17, 2012, Magistrate Judge Boland entered an order directing Mr. Schupper to submit any additional claims as a supplement to the amended application within twenty-one days and that, if he was unable to print the additional pages, the additional pages he wishes to submit may be handwritten. Magistrate Judge Boland

advised Mr. Schupper that the Court would proceed to review the three claims in the amended application he submitted if he did not file a supplement to the amended application within twenty-one days.

Pursuant to 28 U.S.C. § 636(b)(1)(A) a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.  Although the precise nature of Applicant's objection is not clear, the Court has reviewed the file and finds that Magistrate Judge Boland's order directing Applicant to submit any additional claims as a supplement to the amended application within twenty-one days, handwritten if necessary, is not clearly erroneous or contrary to law.  Therefore, Applicant's objection will be overruled.  However, recognizing that Applicant has been transferred to a new facility, he will be allowed additional time to submit a supplement.  Accordingly, it is

ORDERED that Applicant's objection (ECF No. 44) is overruled.  It is

FURTHER ORDERED that Applicant shall have **twenty-one (21) days from the date of this order** to submit any additional pages as a supplement to the amended application.

DATED at Denver, Colorado, this  5th  day of    November    , 2012.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court