**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00021-BNB

SANFORD B. SCHUPPER,

    Applicant,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
TOM CLEMENTS, Executive Director,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's request for reconsideration, which he makes in a letter to the Court (ECF No. 46) filed on November 13, 2012, is DENIED.

Dated:  November 16, 2012