**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00021-BNB

SANFORD B. SCHUPPER,

    Applicant,

v.

COLORADO DEPARTMENT OF CORRECTIONS, and
TOM CLEMENTS, Executive Director,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on Applicant's motion (ECF No. 62) requesting (1) a copy of a motion (ECF No. 59) he previously filed in this action and (2) de novo review of the minute order (ECF No. 60) entered by Magistrate Judge Boland denying the motion.  Applicant's motion (ECF No. 62) is DENIED.  To the extent Applicant seeks de novo review of Magistrate Judge Boland's minute order (ECF No. 60), the motion is denied without prejudice because the specific objections Applicant seeks to raise are not clear.  To the extent Applicant seeks copies of a document he previously filed in this action, the motion is denied because the Court will not provide free copies.  Applicant may obtain a copy by contacting the clerk of the Court and paying any necessary fees.

Dated:  December 18, 2012