**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00021-LTB

SANFORD B. SCHUPPER,

    Applicant,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
TOM CLEMENTS, Executive Director, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    "Applicant's Verified Motion to Reopen Case" (ECF No. 87) filed on October 6, 2015, is DENIED.   If Applicant wishes to pursue his claims in federal court, he must file a new action.

Dated:   October 7, 2015